# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN RETO and<br>KATHERINE RETO, h/w/ | : | CIVIL ACTION |
| v. | : | |
| LIBERTY MUTUAL INSURANCE and<br>STEPHANIA DEROSA | : | NO. 18-2483 |

## ORDER

**NOW**, this 8th day of August, 2018, upon consideration of the Plaintiffs' Motion to Remand Pursuant to 28 U.S.C. § 1447(c) (Document No. 4) and the defendant's response, it is **ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that the complaint is **DISMISSED** as to the defendant Stephania DeRosa.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.